IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 11-23-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM ALAN ZELLER, | |
| Defendant. | |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant and having determined that the Defendant is financially able to obtain counsel,

ITS IS HEREBY ORDERED that Defendant's request for appointment of counsel is DENIED.

DATED this 2nd day of May, 2017.

Jeremiah C. Lynch
United States Magistrate Judge